1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   WAGMA SAFI,

12            Plaintiff,              No. 2:12-cv-2280 JAM AC PS

13        vs.

14   FED. HOME LOAN MORTG.
     CORP., *et al.*,
15
              Defendants.            <u>ORDER</u>
16   _____/

17            This matter was referred to the undersigned for pretrial management because

18   plaintiff was proceeding pro se. <u>See</u> ECF No. 14.

19            On May 22, 2013, plaintiff filed a motion for substitution of counsel.  Good cause

20   appearing, that motion is granted and plaintiff shall proceed in this matter with counsel.  Pretrial

21   matters, other than discovery motions, should now be noticed before the District Judge assigned

22   to this action.

23            Accordingly, IT IS HEREBY ORDERED that:

24            1.  This matter is referred back to the District Judge assigned to this action.

25            2.  All dates pending before the undersigned, including the June 5, 2013 hearing

26   on defendant's motion to dismiss, are vacated;

1

3.  Henceforth the caption on documents filed in this action shall be 2:12-cv-2280 JAM AC.

DATED: May 23, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;safi2280.refer.dj

2