IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAGMA SAFI,

      Plaintiff,                     No. 2:12-cv-2280 JAM AC PS

   vs.

FED. HOME LOAN MORTG. CORP., *et al.*,

      Defendants.             ORDER
                             /

      This matter was referred to the undersigned for pretrial management because plaintiff was proceeding pro se. See ECF No. 14.

      On May 22, 2013, plaintiff filed a motion for substitution of counsel. Good cause appearing, that motion is granted and plaintiff shall proceed in this matter with counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

      Accordingly, IT IS HEREBY ORDERED that:

      1. This matter is referred back to the District Judge assigned to this action.

      2. All dates pending before the undersigned, including the June 5, 2013 hearing on defendant's motion to dismiss, are vacated;

1

3. Henceforth the caption on documents filed in this action shall be 2:12-cv-2280 JAM AC.

DATED: May 23, 2013

                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE

/mb;safi2280.refer.dj